UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD.<br><br>Plaintiff,<br><br>v.<br><br>LEDVANCE LLC,<br><br>Defendant. | **CASE NO.: 1:24-cv-11155-JEK**<br><br>Judge Julia E. Kobick<br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF ERRATA

Defendant Ledvance LLC ("Ledvance") files this Notice of Errata to correct an error in its Defendant's Answer With Counterclaims, Dkt 112, filed August 18, 2025.

Defendant mistakenly attached as Exhibit B, Dkt 112-2, a marked or annotated copy of US Patent Application No. 2018/0017239. The Exhibit should have been a clean copy of the application, without any markup.

Defendant is attaching to this Notice a clean copy of US Patent Application No. 2018/0017239.

1

Dated: August 29, 2025                Respectfully submitted,

  /s/ *Todd A. Sullivan*

Todd A. Sullivan, Esq. (NH Bar # 14617)
Hayes Soloway PC
175 Canal St
Manchester, NH 03101
Phone (603) 668-1400
tsullivan@hayes-soloway.com

Jonathan R. Raymond, Esq. (BBO # 676226)
Hayes Soloway PC
175 Canal St
Manchester, NH 03101
Phone (603) 668-1400
jraymond@hayes-soloway.com

Daniel H. Landau, Esq. (BBO # 676249)
Hayes Soloway PC
4640 E. Skyline Drive
Tucson, AZ 85718
Phone (520) 882-7623
dlandau@hayes-soloway.com

*Counsel for Defendant Ledvance LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2025, a copy of the foregoing "NOTICE OF ERRATA" was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties:

Patrick Cummins
Patrick@CumminsIP.com
Cummins IP PLLC
348 E Main St.
LEXINGTON, KY 40507
TEL: 502.445.9880

Thomas P. O'Connell
O'Connell Law Office
tpo@oconnellusa.com
1026A Massachusetts Avenue,
Arlington, MA 02476
Telephone: 781.643.1845
**Counsel for Plaintiff**

      /s/ Jessica Farmer
      Jessica Farmer