UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
                                              )
DS ADVANCED ENTERPRISES                       )
        Plaintiff(s),                         )
                                              )
v.                                            )        Civil Action No. 24-11155-JEK
                                              )
                                              )
LEDVANCE LLC                                  )
        Defendant(s).                         )
                                              )
_____)

## SETTLEMENT ORDER OF DISMISSAL

**KOBICK, D.J.**

The Court having been advised by counsel for the parties that the above-entitled action has settled through mediation;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days (60) days, to reopen the action if settlement is not consummated.

Dated: October 30, 2025                      /s/ Haley Currie
                                             _____
                                             Deputy Clerk